UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

                                                      Case No.: 16-72382-las

Douglas J. Hynes and
Kathleen M. Hynes,

                                                      Chapter 7

                       Debtors.
-------------------------------------------------------X

## ORDER AVOIDING JUDICIAL LIENS IN THIS CHAPTER 7 CASE

Upon the motion, dated July 11, 2016 (the "Motion"), of Douglas and Kathleen Hynes (the "Debtors"), for entry of an order pursuant to 11 U.S.C. § 522(f), avoiding the judicial liens listed below as liens of record against the Debtors' real property located at 23 Skylark Lane, Stony Brook, New York 11790 (the "Property"), all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Motion having been given; and it appearing that no other or further notice need be provided; and no opposition having been interposed; and the Court having found and determined that the judicial liens sought to be avoided impair an exemption to which the Debtors would otherwise be entitled under 11 U.S.C. § 522(f); and after due deliberation and there appearing to be sufficient cause to grant the relief requested; it is hereby

ORDERED, that pursuant to 11 U.S.C. § 522(f)(1)(A), the Motion is granted to the extent provided herein; and it is further

ORDERED, that upon the entry of a discharge order, the following judicial liens shall

be vacated, expunged, and avoided as liens of record against the Property:

1. ASPA Management Corp. & Anthony Pirerra vs Douglas J Hynes, recorded with the clerk of Suffolk County, State of New York, on December 7, 2011 in the amount of $375,556.70; and

2. Gustave J. Wade vs Douglas J Hynes and Kathleen M Hynes, recorded with the Clerk of Suffolk County, State of New York, on October 22, 2009 in the amount of $13,512.06; and

and it is further

ORDERED, that upon the entry of a discharge order, the Clerk of Suffolk County shall be directed to index and record a certified copy of this Order as an instrument vacating, expunging and avoiding the aforementioned judicial liens as liens against the Debtors' real property located at 23 Skylark Lane, Stony Brook, New York 11790; and it is further

ORDERED, that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.



Dated: October 13, 2016
Central Islip, New York

_Louis A. Scarcella_
**Louis A. Scarcella**
**United States Bankruptcy Judge**